UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAUNDRA WOZNIAK,

                         Plaintiff,

v.                                                    CASE NO.  8:13-cv-1396-T-23TBM

AUDIT SYSTEMS INC.,

                         Defendant.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

1.     The parties must conform to the terms of the case management report.

2.     The parties must meet the pretrial disclosure requirements in Rule 26(a)(3) and

adhere to the requirements of Local Rule 3.06 concerning final pretrial procedure, as

supplemented at ¶ 6.

3.     As stated in Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to

amend a pleading or a motion for continuance of the pretrial conference, the trial, or a

hearing is distinctly disfavored after issuance of this order.

4.     The pretrial conference will occur before Magistrate Judge Thomas B.

McCoun, III, in Courtroom 12B, United States Courthouse, 801 North Florida Avenue,

Tampa, on October 23, 2014 at 10:00 a.m.

THE COURT WILL NOT ADDRESS A DISCOVERY DISPUTE OF ANY KIND
AT TRIAL.  A DISCOVERY DISPUTE FOR WHICH THE PARTIES SEEK
JUDICIAL RESOLUTION MUST BE ADDRESSED AT OR BEFORE THE
PRETRIAL CONFERENCE.  THE PARTIES MAY AGREE ON ANY MATTER
REGARDING DISCOVERY, BUT EACH PARTY ASSUMES THE RISK OF
NON-COMPLIANCE BY THE OTHER UNLESS THE ISSUE HAS BEEN
ADDRESSED BY THE COURT AT THE PRETRIAL CONFERENCE.

5.      A jury trial will occur in Courtroom 15A, United States Courthouse,

801 N. Florida Avenue, Tampa, during the November, 2014, trial term.

6.      Not later than five days before the monthly trial term the parties must file:

(a)      A trial brief with citations of authority and argument of the disputed issues likely to arise at trial.

(b)      If the trial is a jury trial:

(1)      A concise (preferably one paragraph ) joint statement of the action for presentation to the venire;

(2)      The party's proposed jury instructions.

(3)      The party's proposed *voir dire*.

(4)      The party's proposed verdict form.

(c)      If the trial is a non-jury trial, the party's proposed findings of fact and conclusions of law.

7.      The lead trial counsel must attend the pretrial conference.

ORDERED in Tampa, Florida, on October 24, 2013.


_____*Steven D. Merryday*_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE